BEFORE THE SECOND DIVISION, MAY 21, 1962

**No. 66774.**—The Akron et al. *v.* United States, protests 312467–K, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.